UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TROY WILLIAMS,  )
  )
      Plaintiff,  )
  )
v.  )    No. 4:14-cv-2045-ERW
  )
NANCY KASSEBAUM,  )
  )
      Defendant.  )

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff Troy Williams's Motion for Reconsideration of this Court's January 18, 2017 order denying his motion to reopen his case. (Docket No. 19). The motion will be denied.

This case began on December 11, 2014, when plaintiff, a resident at the Northwest Missouri Psychiatric Rehabilitation Center, filed a complaint in this Court against Nancy Kassebaum, a former senator for the State of Kansas. Therein, plaintiff alleged that he wrote to Kassebaum about his idea to cure numerous diseases, and sent her a formula. On January 22, 2015, after determining that the complaint failed to state a claim for relief, this Court dismissed plaintiff's complaint. (Docket No. 5). On March 2, 2015, plaintiff filed a notice of appeal in the Eighth Circuit Court of Appeals. (Docket No. 8). On May 26, 2015, the Court of Appeals affirmed the dismissal of plaintiff's case. (Docket No. 13). The Court of Appeals issued its Mandate on July 7, 2015. (Docket No. 14).

On January 3, 2017, plaintiff moved to reopen his case, arguing that he did not receive notice of dismissal until the year 2016 (even though he filed a notice of appeal in March of 2015), and also that Kassebaum has a listening device. Plaintiff also made statements related to

formulas, vaccines, and his own health. The Court denied the motion. Plaintiff has now filed a motion seeking reconsideration of that order, but the motion is nothing upon which relief can be granted, and will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Reconsideration (Docket No. 19) is **DENIED.**

Dated this 17th day of February, 2017.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE